BESSIE GISEN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

IDA YANOWITZ and Another, as Administrators, etc., Respondents, v. GEORGE W. TRAVERS COMPANY, Appellant.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDITH SIMMONS, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

DANIEL HINES, an Infant, etc., Appellant, v. HANNES A. VOSKIAN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

STANDARD SCALE AND SUPPLY COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

JACOB ZAHLER, Respondent, v. SAUL W. MANN and Another, Appellants.— Determination affirmed, with costs, and judgment ordered against defendants on their stipulation. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

MORRIS FLEISHER, Respondent, v. JOHN B. FRIOB and Others, Appellants.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

MARGARET DONOHUE, as Widow of TIMOTHY DONOHUE, Deceased, Respondent, v. THOMPSON-STARRETT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

ALEXANDER SINGER, Respondent, v. FIGGE & HUTWELKER COMPANY, Appellant — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.; Laughlin, J., dissented.

EUGENIE E. KELLY, Respondent, v. HENRY HULL JACKSON and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

WILLIAM BARTELS COMPANY, Respondent, v. FISS, DOERR & CARROLL HORSE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

AGNES ROSS, as Executrix, etc., Appellant, v. LEON T. STOWE, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

MARY REX, as Administratrix, etc., Appellant, v. RODGERS & HAGERTY, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.